RECEIVED
OCT 2 5 2016
TONY R. MOORE, CLERK
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE, LOUISIANA

UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF LOUISIANA
LAFAYETTE DIVISION

| | |
|---|---|
| VINCENT MARINELLO<br>LA. DOC #547671 | CIVIL ACTION NO. 6:15-cv-1496 |
| VS. | SECTION P |
| | JUDGE REBECCA F. DOHERTY |
| BURL CAIN, WARDEN | MAGISTRATE JUDGE KATHLEEN KAY |

## JUDGMENT

For the reasons stated in the Report and Recommendation of the Magistrate Judge previously filed herein, and after an independent review of the record, determining that the findings are correct under the applicable law, and considering the objections to the Report and Recommendation in the record;

**IT IS ORDERED** that the instant petition for *habeas corpus* be **DENIED AND DISMISSED WITH PREJUDICE.**

**THUS DONE AND SIGNED,** in chambers, Lafayette, Louisiana, on this __25__ day of __October__, 2016.

REBECCA F. DOHERTY
UNITED STATES DISTRICT JUDGE